UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on January 28, 2015 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):  N/A

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 28th day of January, 2015.

Lawrence K. Baerman, Clerk
U.S. District Court

By:    s/ Sue Potter
        Deputy Clerk

## Case Information

Case Name & Case No.    Jeffrey Charles Burfeindt v. Nina Postupack, et al    1:10-CV-123
Docket No. of Appeal:    110
Document Appealed:    109

Fee Status:   Paid ___      Due X      Waived (IFP/CJA)___
         IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

Counsel:        Retained ___    Pro Se X

Time Status:  Timely X       Untimely ___

Motion for Extension of Time:    Granted ___   Denied ___

Certificate of Appealability:    Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____

Pro Se Plaintiff has filed a Motion to proceed in forma pauperis as to the appeal.

APPEAL,CLOSED,PRO SE

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [LIVE – Version 6.1]
## (Albany)
### CIVIL DOCKET FOR CASE #: 1:10−cv−00123−GLS−RFT

| | |
|---|---|
| Burfeindt v. Postupack et al | Date Filed: 02/02/2010 |
| Assigned to: Chief Judge Gary L. Sharpe | Date Terminated: 10/19/2011 |
| Referred to: Magistrate Judge Randolph F. Treece | Jury Demand: Plaintiff |
| Demand: $24,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: 2nd Circuit, 11−05426 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Jeffrey Charles Burfeindt**  represented by  **Jeffrey Charles Burfeindt**
63 Main Street #325
Milton, NY 12547
PRO SE

V.

**Defendant**

**Nina Postupack**  represented by  **John W. Bailey**
Bailey, Kelleher Law Firm
Pine West Plaza 5
Suite 507
Washington Avenue Extension
Albany, NY 12205
518−456−0082
Fax: 518−456−4767
Email: jwbailey@bkjlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Valley Federal Credit Union**  represented by  **Pranali Datta**
Stein, Wiener Law Firm
1 Old Country Road
Suite 113
Carle Place, NY 11514
516−742−1212
Fax: 516−742−6595
Email: pdatta@hhstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald C. Roth, Esq.**  represented by  **Pranali Datta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark A. Krohn, Esq.**  represented by  **Michael J. Murphy**
Carter, Conboy Law Firm
20 Corporate Woods Boulevard
Albany, NY 12211
518−465−3484
Fax: 518−465−1843
Email: mmurphy@carterconboy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **State of New York**<br>*also known as*<br>Supreme Court of the State of New York | represented by | **James B. McGowan**<br>New York State Department of Law –<br>Albany Office<br>The Capitol<br>Albany, NY 12224<br>518–776–2598<br>Fax: 518–473–1572<br>Email: James.McGowan@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin C. Levin**<br>New York State Executive Chambers<br>Governor's Counsel Office<br>State Capitol<br>Albany, NY 12224<br>518–486–4080<br>Fax: 518–473–2344<br>Email: Justin.Levin@exec.ny.gov<br>*TERMINATED: 07/16/2014*<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2010 | 1 | COMPLAINT against Hudson Valley Federal Credit Union, Mark A. Krohn, Esq., Nina Postupack, Gerald C. Roth, Esq., State of New York (Filing fee $350 receipt number ALB005579) filed by Jeffrey Charles Burfeindt, Pro Se. (Attachments: # 1 Civil Cover Sheet)(sg ) (Entered: 02/03/2010) |
| 02/02/2010 | 2 | Summons Issued as to Hudson Valley Federal Credit Union, Mark A. Krohn, Esq., Nina Postupack, Gerald C. Roth, Esq., State of New York. (sg ) (Entered: 02/03/2010) |
| 02/02/2010 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 7/21/2010 at 9:00 AM in Albany before Magistrate Judge Randolph F. Treece. Civil Case Management Plan due by 7/7/2010. (sg ) (Entered: 02/03/2010) |
| 02/02/2010 | 4 | Acknowledgement of receipt of NOTICE issued and explained at time complaint was filed signed by pro se plaintiff Jeffrey Charles Burfeindt on 2/2/2010. (sg ) (Entered: 02/03/2010) |
| 02/02/2010 | 5 | AFFIDAVIT by Jeffrey Charles Burfeindt. (sg ) (Entered: 02/03/2010) |
| 02/03/2010 | | The zip code for Stone Ridge, NY is 12484. Even though pltf listed it as 99999, it has been changed to facilitate mailings. (cbm ) (Entered: 02/03/2010) |
| 02/16/2010 | 6 | ACKNOWLEDGEMENT OF SERVICE Executed as to State of New York served on 2/8/2010, answer due 3/1/2010; Gerald C. Roth, Esq. served on 2/8/2010, answer due 3/1/2010; Hudson Valley Federal Credit Union served on 2/8/2010, answer due 3/1/2010; Nina Postupack served on 2/8/2010, answer due 3/1/2010; Mark A. Krohn, Esq. served on 2/8/2010, answer due 3/1/2010. Acknowledgement filed by State of New York; Gerald C. Roth, Esq.; Hudson Valley Federal Credit Union; Nina Postupack; Mark A. Krohn, Esq. (tab) Modified on 2/17/2010 (tab, ). (Entered: 02/17/2010) |
| 02/24/2010 | 7 | NOTICE of Appearance by Pranali Datta on behalf of Hudson Valley Federal Credit Union, Gerald C. Roth, Esq. (Datta, Pranali) (Entered: 02/24/2010) |
| 02/24/2010 | 8 | MOTION to Dismiss *Summons and Complaint* Motion Hearing set for 4/1/2010 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 3/15/2010 Reply to Response to Motion due by 3/22/2010. filed by Hudson Valley Federal Credit Union, Gerald C. Roth, Esq.. (Attachments: # 1 Affirmation, # 2 Exhibit(s) A Summons and Complaint, # 3 Exhibit(s) B Consolidation, Extension and Modification Agreement, # 4 Exhibit(s) C Judgment of Foreclosure and Sale, # 5 Memorandum of Law, # 6 Affidavit Affidavit of Mailing of Notice of Motion) (Datta, Pranali) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2010) |
| 02/26/2010 | 9 | NOTICE of Appearance by Michael J. Murphy on behalf of Mark A. Krohn, Esq. (Murphy, Michael) (Entered: 02/26/2010) |
| 02/26/2010 | 10 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction Motion Hearing set for 4/1/2010 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 3/15/2010 Reply to Response to Motion due by 3/22/2010. filed by Mark A. Krohn, Esq.. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Memorandum of Law) (Murphy, Michael) (Entered: 02/26/2010) |
| 02/26/2010 | 11 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction (Murphy, Michael) (Entered: 02/26/2010) |
| 03/01/2010 | 12 | MOTION to Dismiss Motion Hearing set for 4/1/2010 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 3/15/2010 Reply to Response to Motion due by 3/22/2010. filed by State of New York. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Service) (Levin, Justin) (Entered: 03/01/2010) |
| 03/01/2010 | 13 | NOTICE of Appearance by John W. Bailey on behalf of Nina Postupack (Attachments: # 1 Correspondence)(Bailey, John) (Entered: 03/01/2010) |
| 03/01/2010 | 14 | AFFIDAVIT of Service for Notice of Appearance served on Jeffrey Charles Burfeindt on March 1, 2010, filed by Nina Postupack. (Mennillo, Crystal) (Entered: 03/01/2010) |
| 03/01/2010 | 15 | MOTION to Dismiss Motion Hearing set for 4/1/2010 10:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 3/15/2010 Reply to Response to Motion due by 3/22/2010. filed by Nina Postupack. (Attachments: # 1 Affidavit, # 2 Cover Letter, # 3 Memorandum of Law, # 4 Lexis Cases) (Bailey, John) (Entered: 03/01/2010) |
| 03/01/2010 | 16 | CERTIFICATE OF SERVICE by Nina Postupack re 15 MOTION to Dismiss (Bailey, John) (Entered: 03/01/2010) |
| 03/15/2010 | 20 | MOTION to Strike with Memorandum of Law: Defendant's 12 MOTION to Dismiss. Motion Hearing set for TODAY: 3/18/2010 10:00 AM in Albany before Judge Gary L. Sharpe filed by Jeffrey Charles Burfeindt. (Attachments: # 1 Certificate of Service) Motions referred to JUDGE SHARPE (mnm) (Entered: 03/18/2010) |
| 03/18/2010 | 17 | REPLY to Response to Motion re 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Mark A. Krohn, Esq.. (Attachments: # 1 Exhibit(s))(Murphy, Michael) (Entered: 03/18/2010) |
| 03/18/2010 | 18 | MEMORANDUM OF LAW re 17 Reply to Response to Motion filed by Mark A. Krohn, Esq.. (Murphy, Michael) (Entered: 03/18/2010) |
| 03/18/2010 | 19 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 18 Memorandum of Law, 17 Reply to Response to Motion (Murphy, Michael) (Entered: 03/18/2010) |
| 03/19/2010 | | TEXT ONLY NOTICE of Hearing on Motion 20 MOTION to Strike 12 MOTION to Dismiss MOTION to Strike 12 MOTION to Dismiss, 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction, 15 MOTION to Dismiss, 12 MOTION to Dismiss, 8 MOTION to Dismiss *Summons and Complaint* : Motion Hearing set for 4/1/2010 at 09:00 AM in Albany before Judge Gary L. Sharpe will be on SUBMIT only. No personal appearances will be needed. (jel, ) (Entered: 03/19/2010) |
| 03/19/2010 | | Mailed copy of the March 19, 2010 text only notice to all non cm/ecf parties. (jel, ) (Entered: 03/19/2010) |
| 03/22/2010 | 21 | RESPONSE in Opposition re 20 MOTION to Strike 12 MOTION to Dismiss MOTION to Strike 12 MOTION to Dismiss filed by State of New York. (Levin, Justin) (Entered: 03/22/2010) |
| 03/22/2010 | 22 | REPLY to Response to Motion re 20 MOTION to Strike 12 MOTION to Dismiss MOTION to Strike 12 MOTION to Dismiss, 15 MOTION to Dismiss filed by Nina Postupack. (Attachments: # 1 cover letter, # 2 Memorandum of Law, # 3 Lexis Case Law)(Bailey, John) (Entered: 03/22/2010) |

| | | |
|---|---|---|
| 03/22/2010 | 23 | AFFIDAVIT of Service for Affidavit of Service served on Jeffrey Charles Burfeindt on 3/22/10, filed by Nina Postupack. (Bailey, John) (Entered: 03/22/2010) |
| 03/30/2010 | 24 | NOTICE OF FRAUD by Jeffrey Charles Burfeindt (Attachments: # 1 certificate of service)(tab) (Entered: 03/31/2010) |
| 03/30/2010 | 25 | NOTICE FOR PLAINTIFF TO BE PRESENT DURING ALL HEARINGS AND OBJECTION TO TEXT ONLY NOTICE OF HEARING ON MOTION by Jeffrey Charles Burfeindt . (Attachments: # 1 certificate of service)(tab) (Entered: 03/31/2010) |
| 04/01/2010 | 26 | LETTER from jeffrey charles; burfeindt; and ORDER noting plaintiff's objections to the court's text only notice and plaintiff's request is denied. Signed by Judge Gary L. Sharpe on 4/1/2010. (jel, ) (Entered: 04/01/2010) |
| 04/01/2010 | | Mailed copy of the 26 letter/order to all non cm/ecf parties. (jel, ) (Entered: 04/01/2010) |
| 04/20/2010 | 27 | NOTICE OF OBJECTION AND NOTICE OF NON–COMPLIANCE by Jeffrey Charles Burfeindt. (tab) (Entered: 04/20/2010) |
| 04/20/2010 | 28 | NOTICE TO THE ADMINISTRATIVE COURT by Jeffrey Charles Burfeindt. (tab) (Entered: 04/20/2010) |
| 04/21/2010 | 29 | LETTER BRIEF *regarding Notice to the Administrative Court* by Mark A. Krohn, Esq.. (Murphy, Michael) (Entered: 04/21/2010) |
| 04/21/2010 | 30 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 29 LETTER BRIEF *regarding Notice to the Administrative Court* (Murphy, Michael) (Entered: 04/21/2010) |
| 05/12/2010 | 31 | MOTION for Preliminary Injunction by Mark A. Krohn, Esq.. (Attachments: # 1 Affidavit of Michael J. Murphy, Esq., # 2 Exhibit(s) A to Affidavit of Michael J. Murphy, Esq., # 3 Exhibit(s) B Part 1 to Affidavit of Michael J. Murphy, Esq., # 4 Exhibit(s) B Part 2 of Affidavit of Michael J. Murphy, # 5 Exhibit(s) C of Affidavit of Michael J. Murphy, # 6 Exhibit(s) D of Affidavit of Michael J. Murphy, Esq., # 7 Exhibit(s) E of Affidavit of Michael J. Murphy, Esq., # 8 Exhibit(s) F of Affidavit of Michael J. Murphy, Esq., # 9 Exhibit(s) G of Affidavit of Michael J. Murphy, Esq., # 10 Exhibit(s) H of Affidavit of Michael J. Murphy, Esq., # 11 Exhibit(s) I of Affidavit of Michael J. Murphy, Esq., # 12 Exhibit(s) J of Affidavit of Michael J. Murphy, Esq., # 13 Exhibit(s) K of Affidavit of Michael J. Murphy, Esq., # 14 Exhibit(s) L of Affidavit of Michael J. Murphy, Esq., # 15 Exhibit(s) M of Affidavit of Michael J. Murphy, Esq., # 16 Exhibit(s) N of Affidavit of Michael J. Murphy, Esq., # 17 Exhibit(s) O of Affidavit of Michael J. Murphy, Esq., # 18 Affidavit Mark Krohn, # 19 Memorandum of Law)(Murphy, Michael) (Entered: 05/12/2010) |
| 05/12/2010 | 32 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 31 MOTION for Preliminary Injunction (Murphy, Michael) (Entered: 05/12/2010) |
| 06/01/2010 | 33 | RESPONSE/OBJECTION in Opposition re 31 MOTION for Preliminary Injunction filed by Jeffrey Charles Burfeindt. (tab) (Entered: 06/01/2010) |
| 06/16/2010 | 34 | "NOTICE OF REMOVAL" by Jeffrey Charles Burfeindt. (tab) (Entered: 06/17/2010) |
| 06/18/2010 | | NOTICE: The Rule 16 Conference scheduled with Judge Treece on 7/21/2010 at 9:00 a.m. is ADJOURNED without further date due to motions pending before Judge Sharpe; upon motion decision(s), Michael Murphy, Esq. shall notify Judge Treece's Chambers if the Rule 16 Conference needs to be rescheduled. (rzh, ) (Entered: 06/18/2010) |
| 06/18/2010 | | Mailed copy of Judge Treece's 6/18/10 Text Notice adjourning the Rule 16 conference, to pro se Plaintiff Jeffrey Charles Burfeindt. (ban) (Entered: 06/18/2010) |
| 06/25/2010 | 35 | MEMORANDUM–DECISION and ORDER – That Krohn's 31 Motion for Preliminary Injunction is DENIED. Signed by Judge Gary L. Sharpe on 6/25/2010. (jel, ) (Entered: 06/25/2010) |
| 06/25/2010 | | Mailed copy of 35 Memorandum Decision and Order, to pro se plaintiff Jeffrey Charles Burfeindt. (ban) (Entered: 06/25/2010) |

| | | |
|---|---|---|
| 07/07/2010 | 36 | NOTICE of Hearing: Initial Conference set for 8/17/2010 10:00 AM in Albany before Magistrate Judge Randolph F. Treece. Civil Case Management Plan due by 8/13/2010. Conference to be conducted in person. Appearances are mandatory.(ban) (Entered: 07/08/2010) |
| 07/08/2010 | | Mailed copy of 36 Notice, to Pro Se Plaintiff Jeffrey Charles Burfeindt. (ban) (Entered: 07/08/2010) |
| 07/20/2010 | 37 | Mail Returned as Undeliverable: 36 Notice of Hearing sent to Jeffrey Charles Burfeindt, Address sent to Postal Dept. 771, Stone Ridge, NY 12484 (Envelope indicates that the mail was refused.) (tab) (Entered: 07/20/2010) |
| 07/22/2010 | 38 | *Letter Request/* Letter Motion from Michael J. Murphy for Mark A. Krohn, Esq. requesting adjournment of conference scheduled for August 17, 2010 submitted to Judge Randolph F. Treece. (Murphy, Michael) (Entered: 07/22/2010) |
| 07/22/2010 | 39 | Notice/Proof of Service by Jeffrey Charles Burfeindt re 34 Notice of Removal. (ban) (Entered: 07/23/2010) |
| 07/26/2010 | | NOTICE: The Rule 16 conference scheduled with Judge Treece on 8/17/2010 at 10:00 a.m. is ADJOURNED without date due to pending motion(s) before Judge Sharpe upon motion decision, counsel for Defendant Krohn shall notify Judge Treece's Chambers if the Rule 16 Conference needs to be rescheduled. (rzh, ) (Entered: 07/26/2010) |
| 08/04/2010 | 40 | Mail Returned as Undeliverable: 35 Order on Motion for Preliminary Injunction sent to Jeffrey Charles Burfeindt, Address sent to P.O. Box 771, Stone Ridge, NY 12484 (tab) (Entered: 08/09/2010) |
| 08/24/2010 | 41 | STATUS REPORT *advising plaintiff filed for bankruptcy* by Mark A. Krohn, Esq.. (Attachments: # 1 copy of Plaintiff's Amended Petition for Bankruptcy)(Murphy, Michael) (Entered: 08/24/2010) |
| 11/16/2010 | 42 | MEMORANDUM–DECISION AND ORDER. ORDERED that decision on defendants motions to dismiss is STAYED. ORDERED that Burfeindt is granted leave to file an amended complaint, in full compliance with the terms of this order, within 30 days from the date of the filing of this order. ORDERED that defendants will have 14 days from the docketing of Burfeindt's amended complaint to renew or supplement their motions as they see fit. ORDERED that if Burfeindt fails to file an amended complaint within 30 days, the Clerk of the Court shall enter judgment dismissing this action with prejudice and without further order. Amended Complaint due by 12/15/2010. Signed by Judge Gary L. Sharpe on 11/16/10. (ban) (Entered: 11/17/2010) |
| 11/17/2010 | | Mailed a copy of 42 Memorandum Decision and Order, to Jeffrey Charles Burfeindt via regular mail and certified mail, to address listed on docket. (ban) (Entered: 11/17/2010) |
| 11/17/2010 | | Set Deadlines: Notice of Compliance Deadline 12/16/2010, Case Review Deadline 1/18/2011 (ban) (Entered: 11/17/2010) |
| 11/23/2010 | 43 | RETURN RECEIPT received as to Jeffrey Charles Burfeindt, served on 11/20/10 re 42 Order. (ban) (Entered: 11/23/2010) |
| 11/23/2010 | 44 | Mail Returned as Undeliverable: 42 Order, sent to Jeffrey Charles Burfeindt, Address sent to Postal Department 771, Stone Ridge, NY 12484 (tab) (Entered: 11/29/2010) |
| 11/26/2010 | 45 | Mail Returned as Undeliverable: 42 Order, sent to Jeffrey Charles Burfeindt, Address sent to P.O. 771, Stone Ridge, NY 12484 (tab) (Entered: 11/29/2010) |
| 12/02/2010 | 46 | Mail Returned as Undeliverable: 42 Memorandum–Decision and Order, sent to Jeffrey Charles Burfeindt, Address sent to Postal Department 771, Stone Ridge, NY 12484 (ban) (Entered: 12/03/2010) |
| 12/09/2010 | 47 | DECISION AND ORDER. ORDERED that Burfeindt be granted 14 days from the date of the filing of this order to submit his current address to the court, or verify that his mailing address is as listed in the caption of this order. ORDERED that if Burfeindt fails to comply, the court will sua sponte dismiss this action for failure to notify the court of his address change and failure to prosecute. Notice of Compliance Deadline 12/22/2010, Case Review Deadline 1/7/2010. Signed by Judge Gary L. Sharpe on |

| | | |
|---|---|---|
| | | 12/9/10. [mailed copies to pro se plaintiff at 3 addresses listed on the first page of this order].(ban) (Entered: 12/09/2010) |
| 12/09/2010 | 48 | NOTICE of Change of Address by Jeffrey Charles Burfeindt. Old Address: Postal Department 771, Stone Ridge, NY 12484, New Address: c/o: In Tech, 1830 South Road–Unit 24, Wappingers Falls, NY 12590 (ban) (Entered: 12/09/2010) |
| 12/09/2010 | | Mailed a copy of 47 Memorandum–Decision and Order to Jeffrey Charles Burfeindt at new address provided on 12/9/10, along with copies of documents 35 36 and 42 . (ban) (Entered: 12/09/2010) |
| 12/16/2010 | 49 | Mail Returned as Undeliverable. re: 47 Order, Set Deadlines, sent to Jeffrey Charles Burfeindt Address sent to P.O. Box 771, Stone Ridge NY 12484, 74 Pancake Hollow Rd, Highland, NY 12528 and P.O. Box 943, 68 Pancake Hollow Road, Highland, NY 12528 (tab) (Additional attachment(s) added on 12/16/2010: # 1 returned mail) (tab). (Entered: 12/16/2010) |
| 12/20/2010 | 50 | Mail Returned as Undeliverable. re: 47 Order, Set Deadlines, sent to Jeffrey Charles Burfeindt Address sent to Postal Dept. 771, Stone Ridge, NY 12484 (tab) (Entered: 12/20/2010) |
| 12/20/2010 | | ORDER STAYING CASE pending resolution in related criminal matter 1:10–CR–320; Defendant to file STATUS REPORT by 1/7/2011. Signed by Magistrate Judge Randolph F. Treece on 12/20/2010. (rzh, ) (Entered: 12/20/2010) |
| 12/21/2010 | 51 | NOTICE by Jeffrey Charles Burfeindt to correct and update the record regarding his current address. (Record reflects the current address) (tab) (Entered: 12/21/2010) |
| 01/10/2011 | 52 | STATUS REPORT *regarding related criminal matter* by State of New York. (Levin, Justin) (Entered: 01/10/2011) |
| 01/10/2011 | 53 | STATUS REPORT by Mark A. Krohn, Esq.. (Murphy, Michael) (Entered: 01/10/2011) |
| 01/10/2011 | 54 | STATUS REPORT by Nina Postupack. (Bailey, John) (Entered: 01/10/2011) |
| 01/11/2011 | 55 | ORDER CONTINUING THE STAY. The Court has received Status Reports from the Defendants. Dkt. Nos. 52 , 53 , and 54 . Those Status Reports indicate that Plaintiff's criminal trial is scheduled for January 14, 2011. For that reasoning, the Court continues the stay and asks the Defendants to provide on or before February 16, 2011, another status report on the criminal case. SO ORDERED. Signed by Magistrate Judge Randolph F. Treece on 1/11/2011. (Treece, Randolph) (Entered: 01/11/2011) |
| 01/19/2011 | 56 | STATUS REPORT by Mark A. Krohn, Esq.. (Murphy, Michael) (Entered: 01/19/2011) |
| 01/20/2011 | 57 | ORDER: Based upon the knowledge that the criminal matter involving plaintiff, Jeffrey Charles Burfeindt, has been resolved, the STAY in this action is lifted. The Rule 16 Conference previously scheduled with Judge Treece on 8/17/2010 is RESCHEDULED to 2/24/2011 at 9:30 a.m. (in person); Civil Case Management Plan to be filed by 2/18/2011; Pursuant to FRCP 26(f) and 37(f), the failure to timely submit a case management plan or the failure of a party to participate, in good faith, in developing the plan may lead to sanctions or the imposition of reasonable attorney fees. Signed by Magistrate Judge Randolph F. Treece on 1/20/2011. (rzh, ) (Entered: 01/20/2011) |
| 01/20/2011 | 58 | NOTICE of Hearing: Initial Conference set for 2/24/2011 09:30 AM in Albany before Magistrate Judge Randolph F. Treece. Civil Case Management Plan due by 2/18/2011. mailed to pro se plaintiff on 1/20/11 via regular mail(tab) (Entered: 01/20/2011) |
| 01/21/2011 | | TEXT ONLY ORDER – In light of Judge Treece's order lifting the stay in this action, (Dkt. No. 57), the court grants plaintiff an additional thirty (30) days from today's date to comply with its previous order to amend his complaint. (Dkt. No. 42.) As set forth in that previous order, if plaintiff fails to amend his complaint as instructed on or before thirty (30) days from today's date, the Clerk of the Court shall enter judgment DISMISSING THE ACTION WITH PREJUDICE and without further order of the court. Notice of Compliance Deadline 2/22/2011. Case Review Deadline 3/1/2011. Issued by Judge Gary L. Sharpe on 1/21/2011. (jel, ) (Entered: 01/21/2011) |

| 01/21/2011 | | Mailed copy of the January 21, 2011 text only order to all non cm/ecf parties. (jel, ) (Entered: 01/21/2011) |
|---|---|---|
| 01/27/2011 | 59 | *Letter Request* Letter Motion from Michael J. Murphy for Mark A. Krohn, Esq. requesting that the currently scheduled Rule 16 Conference be adjourned submitted to Judge Treece. (Murphy, Michael) (Entered: 01/27/2011) |
| 01/28/2011 | | ORDER granting 59 Letter Request. Rule 16 Conference scheduled for 2/24/2011 at 9:30 a.m. is ADJOURNED without further date pending the filing of an amended complaint and answer. Authorized by Magistrate Judge Randolph F. Treece on 1/28/2011. (rzh, ) (Entered: 01/28/2011) |
| 02/18/2011 | 60 | MOTION to Stay Case due to plaintiff's medical condition, filed by Jeffrey Charles Burfeindt. Motions referred to Randolph F. Treece. (tab) (Entered: 02/22/2011) |
| 02/24/2011 | 61 | ORDER granting in part 60 Motion to Stay: plaintiff has until 5/25/11 to file an amended complaint. Signed by Judge Gary L. Sharpe on 2/24/11. (tab) (Entered: 02/24/2011) |
| 02/24/2011 | | Set/Reset Scheduling Order Deadlines: Amended Pleadings due by 5/25/2011. (tab) (Entered: 02/24/2011) |
| 02/24/2011 | 62 | Letter Motion from Michael J. Murphy for Mark A. Krohn, Esq. requesting that the Court deny plaintiff's present request and all future requests to further stay this action and that the Clerk enter a judgment dismissing this action with prejudice pursuant to this Court's Memorandum–Decision and Order dated November 16, 2010 and Text Only Order dated January 21, 2011 submitted to Judge Sharpe. (Murphy, Michael) (Entered: 02/24/2011) |
| 05/10/2011 | 63 | MOTION for Extension of Time to File filed by Jeffrey Charles Burfeindt. Motions referred to Randolph F. Treece. (tab) (Entered: 05/10/2011) |
| 05/11/2011 | 64 | *Letter Request* Letter Motion from Michael J. Murphy for Mark A. Krohn, Esq. requesting denial of plaintiff's present request for enlargement of time and all future requests to stay this action submitted to Judge Treece. (Murphy, Michael) (Entered: 05/11/2011) |
| 05/11/2011 | 65 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 64 *Letter Request* Letter Motion from Michael J. Murphy for Mark A. Krohn, Esq. requesting denial of plaintiff's present request for enlargement of time and all future requests to stay this action submitted to Judge Treece (Murphy, Michael) (Entered: 05/11/2011) |
| 05/12/2011 | 66 | ORDER denying 63 Motion for Extension of Time to File. The plaintiff's request is DENIED. Pursuant to the Court's Order issued on 2/24/2011, no further extensions will be permitted. Signed by Judge Gary L. Sharpe on 5/12/2011. (dpk) (Entered: 05/12/2011) |
| 05/25/2011 | 67 | AMENDED COMPLAINT against All Defendants filed by Jeffrey Charles Burfeindt. (Attachments: # 1 certificates of service)(tab) (Entered: 05/26/2011) |
| 06/07/2011 | 68 | MOTION to Dismiss Motion Hearing set for 7/21/2011 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 7/5/2011 Reply to Response to Motion due by 7/11/2011. filed by Mark A. Krohn, Esq.. (Attachments: # 1 Affidavit Attorney, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C, # 5 Exhibit(s) D, # 6 Exhibit(s) E, # 7 Exhibit(s) F, # 8 Exhibit(s) G, # 9 Exhibit(s) H, # 10 Exhibit(s) I, # 11 Exhibit(s) J, # 12 Exhibit(s) K, # 13 Exhibit(s) L, # 14 Exhibit(s) M, # 15 Exhibit(s) N, # 16 Exhibit(s) O, # 17 Affidavit of Mark Krohn, # 18 Memorandum of Law) (Murphy, Michael) Modified on 6/14/2011 (jel, ). (Entered: 06/07/2011) |
| 06/07/2011 | 69 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 68 MOTION for Summary Judgment (Murphy, Michael) (Entered: 06/07/2011) |
| 06/09/2011 | 70 | MOTION to Dismiss Motion Hearing set for 7/21/2011 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 7/5/2011 Reply to Response to Motion due by 7/11/2011. filed by Nina Postupack. (Attachments: # 1 Affidavit, # 2 Exhibit(s), # 3 Declaration, # 4 Exhibit(s), # 5 Exhibit(s), # 6 Memorandum of Law, # 7 Case Law, # 8 Cover Letter) (Bailey, John) (Entered: 06/09/2011) |

| | | |
|---|---|---|
| 06/09/2011 | 71 | CERTIFICATE OF SERVICE by Nina Postupack re 70 MOTION to Dismiss (Bailey, John) (Entered: 06/09/2011) |
| 06/10/2011 | 72 | AFFIDAVIT re 68 MOTION for Summary Judgment *Footnotes to Memo of Law* by Mark A. Krohn, Esq.. (Attachments: # 1 Affidavit)(Murphy, Michael) (Entered: 06/10/2011) |
| 06/10/2011 | 73 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction, MOTION to Dismiss for Failure to State a Claim Motion Hearing set for 7/21/2011 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 7/5/2011 Reply to Response to Motion due by 7/11/2011. filed by State of New York. (Attachments: # 1 Memorandum of Law, # 2 Declaration of service by traditional means on plaintiff) (Levin, Justin) (Entered: 06/10/2011) |
| 06/10/2011 | 74 | MOTION to Dismiss *Plaintiff's Complaint and Amended Complaint* Motion Hearing set for 7/21/2011 09:00 AM in Albany before Judge Gary L. Sharpe Response to Motion due by 7/5/2011 Reply to Response to Motion due by 7/11/2011. filed by Hudson Valley Federal Credit Union, Gerald C. Roth, Esq.. (Attachments: # 1 Affirmation in Support, # 2 Memorandum of Law, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C, # 6 Exhibit(s) D, # 7 Affidavit of Service) (Datta, Pranali) (Entered: 06/10/2011) |
| 06/10/2011 | 75 | CERTIFICATE OF SERVICE by State of New York re 73 MOTION to Dismiss for Lack of Subject Matter Jurisdiction MOTION to Dismiss for Failure to State a Claim (Levin, Justin) (Entered: 06/10/2011) |
| 07/05/2011 | 76 | CROSS MOTION filed by Jeffrey Charles Burfeindt IN RESPONSE to Defendants' motions to Dismiss and to Strike Motion. Hearing set for 7/21/2011 at 9:00 AM in Albany before Judge Gary L. Sharpe. Response to Motion due by 7/5/2011, Reply to Response to Motion due by 7/11/2011. (Attachments: # 1 Memorandum of Law, # 2 Affirmation, # 3 Exhibit(s)) Motions referred to Randolph F. Treece. (tab) (Entered: 07/07/2011) |
| 07/08/2011 | 77 | REPLY to Response to Motion re 76 MOTION to Strike, 68 MOTION to Dismiss *and in further support of 68* filed by Mark A. Krohn, Esq.. (Attachments: # 1 Exhibit(s) A to Reply Affidavit, # 2 Exhibit(s) B to Reply Affidavit, # 3 Memorandum of Law Reply Memorandum of Law)(Murphy, Michael) (Entered: 07/08/2011) |
| 07/08/2011 | 78 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 77 Reply to Response to Motion, (Murphy, Michael) (Entered: 07/08/2011) |
| 07/11/2011 | 79 | RESPONSE in Opposition re 76 MOTION to Strike, 73 MOTION to Dismiss for Lack of Subject Matter Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by State of New York. (Levin, Justin) (Entered: 07/11/2011) |
| 07/11/2011 | 80 | REPLY to Response to Motion re 76 MOTION to Strike, 70 MOTION to Dismiss filed by Nina Postupack. (Attachments: # 1 Declaration, # 2 cover letter, # 3 certificate of service)(Bailey, John) (Entered: 07/11/2011) |
| 07/13/2011 | | TEXT ONLY NOTICE of Hearing on Motion 68 MOTION to Dismiss, 70 MOTION to Dismiss, 74 MOTION to Dismiss *Plaintiff's Complaint and Amended Complaint*, 73 MOTION to Dismiss for Lack of Subject Matter Jurisdiction MOTION to Dismiss for Failure to State a Claim, 76 MOTION to Strike : Motion Hearing set for 7/21/2011 at 09:00 AM in Albany before Judge Gary L. Sharpe will be on SUBMIT only. No personal appearances are needed. (jel, ) (Entered: 07/13/2011) |
| 07/13/2011 | | Mailed copy of the July 13, 2011 text only notice to all non cm/ecf parties. (jel, ) (Entered: 07/13/2011) |
| 07/19/2011 | 81 | REPLY to Response to Motion re 76 CROSS MOTION IN RESPONSE to Defendants' Motions to Dismiss and to Strike filed by Jeffrey Charles Burfeindt. (mgh) (Entered: 07/19/2011) |
| 07/21/2011 | 82 | Letter from jeffrey charles; burfeindt seeking to amend his complaint. (jel, ) (Entered: 07/21/2011) |
| 07/25/2011 | 83 | ORDER DENYING Plaintiff's 82 Letter Request to amend his complaint. Signed by Judge Gary L. Sharpe on 7/25/2011. (sg ) (Entered: 07/25/2011) |

| | | |
|---|---|---|
| 10/19/2011 | 84 | MEMORANDUM–DECISION AND ORDER finding as moot 62 Letter Request, ; finding as moot 64 Letter Request, ; granting 68 Motion to Dismiss; granting 70 Motion to Dismiss; granting 73 Motion to Dismiss for Lack of Subject Matter Jurisdiction; granting 73 Motion to Dismiss for Failure to State a Claim; granting 74 Motion to Dismiss; denying 76 Motion to Strike ; finding as moot 8 Motion to Dismiss; finding as moot 10 Motion to Dismiss for Lack of Subject Matter Jurisdiction; finding as moot 12 Motion to Dismiss; finding as moot 15 Motion to Dismiss; denying 20 Motion to Strike. Signed by Judge Gary L. Sharpe on 10/19/11. (tab, ) (Entered: 10/19/2011) |
| 10/19/2011 | 85 | JUDGMENT in favor of Hudson Valley Federal Credit Union, State of New York, Gerald C. Roth, Esq., Mark A. Krohn, Esq., Nina Postupack against Jeffrey Charles Burfeindt. (tab) (Entered: 10/19/2011) |
| 10/31/2011 | 86 | RETURN RECEIPT received. Served on Jeffrey Charles Burfeindt re 84 Order on Letter Request, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Strike 85 Judgment. Received on 10/23/11 (tab) (Entered: 10/31/2011) |
| 11/22/2011 | 87 | MOTION for New Trial filed by Jeffrey Charles Burfeindt. (tab) (Entered: 11/22/2011) |
| 11/29/2011 | | Text Only Order – On November 22, 2011, plaintiff Jeffrey Charles Burfeindt filed a motion for a new trial citing Fed. R. Civ. P. 59(a)(1)(B), (d), and (e) as the bases for his motion. However, the court dismissed Burfeindt's Complaint before trial–in a memorandum–decision and order dated October 19, 2011, and entered judgment that same day. (See Dkt. Nos. 84, 85.) Thus, Burfeindt's arguments under Fed. R. Civ. P. 59(a)(1)(B) and (d), in addition to being untimely, are inapplicable. Having reviewed the remainder of Burfeindt's submission, the court is unpersuaded that relief under Fed. R. Civ. P. 59(e) is warranted as Burfeindt's motion, while citing to the appropriate standard for a rule 59(e) motion, is not only untimely, but also fails to raise any of the requisite grounds for relief. See In re C–TC 9th Ave. P'ship, 182 B.R. 1, 3 (N.D.N.Y.1995). Accordingly, Burfeindt's motion for a new trial (Dkt. No. 87) is DENIED. IT IS SO ORDERED. The Clerk is directed to serve the order on the plaintiff by certified mail. Issued by Judge Gary L. Sharpe on 11/29/2011. (jel, ) Modified on 11/29/2011 (jel, ). (Entered: 11/29/2011) |
| 12/02/2011 | 88 | RETURN RECEIPT received on 11/30/11 as to served on Jeffrey Charles Burfeindt re Order on Motion for New Trial (tab) (Entered: 12/05/2011) |
| 12/09/2011 | 89 | CERTIFICATE OF SERVICE by Jeffrey Charles Burfeindt re 87 MOTION for New Trial. (tab) (Entered: 12/12/2011) |
| 12/30/2011 | 90 | NOTICE OF APPEAL as to Order on Motion for New Trial by Jeffrey Charles Burfeindt. (Attachments: # 1 Certificate of Mailing) (dpk) (Entered: 12/30/2011) |
| 12/30/2011 | 91 | MOTION for Leave to Appeal in forma pauperis filed by Jeffrey Charles Burfeindt. (dpk) (Entered: 12/30/2011) |
| 01/12/2012 | 92 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 90 Notice of Appeal (tab) (Entered: 01/12/2012) |
| 01/20/2012 | 93 | DECISION AND ORDER granting Plaintiff's 91 Motion for Leave to Appeal in forma pauperis. Signed by Magistrate Judge Randolph F. Treece on 1/20/2012. (a copy of this Decision and Order has been sent via regular mail to all non–CM/ECF recipients) (sg ) (Entered: 01/20/2012) |
| 01/24/2012 | | USCA Case Number is 11–5426 for 90 Appeal filed by Jeffrey Charles Burfeindt. (cbm ) (Entered: 01/24/2012) |
| 04/09/2013 | 94 | MANDATE of USCA, issued 4/1/13, as to 90 Appeal filed by Jeffrey Charles Burfeindt, affirming judgment of the district court. (cbm ) (Entered: 04/09/2013) |
| 07/07/2014 | 95 | MOTION to Set Aside 84 Order and 85 Judgment Motion Hearing set for 8/7/2014 at 09:00 AM in Albany before Chief Judge Gary L. Sharpe Response to Motion due by 7/21/2014 filed by Jeffrey Charles Burfeindt. (Attachments: # 1 Affidavit in support of motion, # 2 Memorandum of Law, # 3 Certificate of service) (sfp, ) Modified on |

| | | |
|---|---|---|
| | | 7/22/2014 (jel, ). (Entered: 07/07/2014) |
| 07/07/2014 | 96 | Letter Request Motion for leave to file a reply filed by Jeffrey Charles Burfeindt submitted to Judge Sharpe. (sfp, ) (Entered: 07/07/2014) |
| 07/11/2014 | 97 | LETTER/ORDER denying 96 Letter Request Motion for leave to file a reply. Signed by Chief Judge Gary L. Sharpe on 7/11/2014. (jel, ) (Entered: 07/11/2014) |
| 07/11/2014 | | Mailed copy of the 97 Letter/Order to the plaintiff. (jel, ) (Entered: 07/11/2014) |
| 07/16/2014 | 98 | NOTICE of Appearance by James B. McGowan on behalf of State of New York (Attachments: # 1 Declaration of service upon plaintiff by traditional means, # 2 Declaration certificate of service upon counsel of record via ecf)(McGowan, James) (Entered: 07/16/2014) |
| 07/16/2014 | 99 | MEMORANDUM OF LAW re 95 Motion to Set Aside, *in opposition to vacature of the judgment* filed by State of New York. (Attachments: # 1 Declaration of service of Memorandum upon plaintiff by traditional means, # 2 Declaration certificate of service upon counsel of record via ecf)(McGowan, James) (Entered: 07/16/2014) |
| 07/21/2014 | 100 | AFFIDAVIT in Opposition re 95 MOTION to Set Aside 84 Order on Letter Request,, Order on Motion to Dismiss,, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Strike,,,,,,,,,,,,,,,,,,,,,, filed by Mark A. Krohn, Esq.. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Memorandum of Law)(Murphy, Michael) (Entered: 07/21/2014) |
| 07/21/2014 | 101 | CERTIFICATE OF SERVICE by Mark A. Krohn, Esq. re 99 Memorandum of Law, 100 Affidavit in Opposition to Motion, (Murphy, Michael) (Entered: 07/21/2014) |
| 07/21/2014 | 102 | RESPONSE in Opposition re 95 MOTION to Set Aside 84 Order on Letter Request,, Order on Motion to Dismiss,, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Strike,,,,,,,,,,,,,,,,,,,,,, filed by Nina Postupack. (Attachments: # 1 Memorandum of Law, # 2 Certificate of Service)(Bailey, John) (Entered: 07/21/2014) |
| 07/22/2014 | | TEXT ONLY NOTICE of Hearing on Motion 95 MOTION to Set Aside 84 Order on Letter Request,, Order on Motion to Dismiss,, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Strike : Motion Hearing set for 8/7/2014 at 09:00 AM in Albany before Chief Judge Gary L. Sharpe will be on SUBMIT only. No personal appearances are needed.(jel, ) (Entered: 07/22/2014) |
| 07/23/2014 | | Mailed copy of the July 22, 2014 text only notice to the plaintiff. (jel, ) (Entered: 07/23/2014) |
| 07/28/2014 | 103 | Letter Motion from Jeffrey Charles Burfeindt requesting to renew his request for leave to file submitted to Judge Sharpe. (Attachments: # 1 Proposed Affidavit, # 2 Proposed Memorandum of Law, # 3 Certificate of Service)(amt) (Proposed Memorandum of Law 2 replaced on 7/29/2014) (lah). (Entered: 07/28/2014) |
| 07/29/2014 | | CLERK'S CORRECTION OF DOCKET ENTRY. Clerk replaced attachment 2 to docket no. 103 to include the missing pages from the memo of law. (lah) (Entered: 07/29/2014) |
| 08/01/2014 | 104 | LETTER/ORDER – The court RESERVES on plaintiff's 103 Letter request for leave to file a reply. Signed by Chief Judge Gary L. Sharpe on 8/1/2014. (jel, ) (Entered: 08/01/2014) |
| 08/01/2014 | | Mailed copy of the 104 Letter/Order to the plaintiff. (jel, ) (Entered: 08/01/2014) |
| 08/04/2014 | 105 | RESPONSE in Opposition re 95 MOTION to Set Aside 84 Order on Letter Request,, Order on Motion to Dismiss,, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Strike,,,,,,,,,,,,,,,,,,,,,, *Opposition to Motion* filed by Hudson Valley Federal Credit Union, Gerald C. Roth, Esq.. (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit(s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Exhibit(s) Exhibit 5, # 6 Memorandum of Law Memorandum of Law)(Datta, Pranali) (Entered: 08/04/2014) |

| | | |
|---|---|---|
| 10/28/2014 | 106 | NOTICE of Change of Address by Jeffrey Charles Burfeindt Effective Date 10/25/14 Old Address: 1830 South Road Unit 24, Wappingers Falls, NY 12590 New Address: 63 Main Street #325, Milton, NY 12547 (sfp, ) (Entered: 10/28/2014) |
| 11/05/2014 | 107 | Mail Returned as Undeliverable. re: return copy of 106 Notice of Change of Address sent to Jeffrey Burfeindt Address sent to 63 Main Street #325, Milton, NY 12547 (sfp, ) (Entered: 11/05/2014) |
| 11/10/2014 | 108 | Mail Returned as Undeliverable. re: 106 Notice of Change of Address sent to Jeffrey Burfeindt Address sent to 1830 South Road – Unit 24, Wappingers Falls, NY 12590 (sfp, ) (Entered: 11/10/2014) |
| 01/05/2015 | 109 | SUMMARY ORDER denying Pltf's 95 Motion to Set Aside judgment. Pltf's 103 motion for leave to file a reply is granted and the reply is deemed filed. Signed by Chief Judge Gary L. Sharpe on 1/5/15. [Served by mail.] (sfp, ) (Entered: 01/05/2015) |
| 01/28/2015 | 110 | NOTICE OF APPEAL as to 109 Summary Order by Jeffrey Charles Burfeindt. (Attachments: # 1 Certificate of Service)(sfp, ) (Entered: 01/28/2015) |
| 01/28/2015 | 111 | MOTION for Leave to Proceed in forma pauperis re 110 Notice of Appeal filed by Jeffrey Charles Burfeindt. Motions referred to Randolph F. Treece. (sfp, ) (Entered: 01/28/2015) |
| 01/28/2015 | 112 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 110 Notice of Appeal (sfp, ) (Entered: 01/28/2015) |