UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and fifteen,

Jeffrey Charles Burfeindt,

Plaintiff - Appellant,

v.

Nina Postupack, Hudson Valley Federal Credit Union, Gerald C. Roth, Esq., Mark A. Krohn, Esq., State of New York, AKA Supreme Court of the State of New York,

Defendants - Appellees.

**ORDER**
Docket Number: 15-235

A notice of appeal was filed on January 28, 2015. Appellant's Form D-P was due February 11, 2015. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective march 6, 2015 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

