**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: April 22, 2015
Docket #: 15-235
Short Title: Burfeindt v. Postupack

DC Docket #: 10-cv-123
DC Court: NDNY (ALBANY)
DC Judge: Sharpe
DC Judge: Treece

## CASE STATUS UPDATE NOTICE

In response to your letter dated April 2, 2015, your appeal is open and all documents have been received. Your Motion to proceed in forma pauperis is currently pending. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-2129.