N.D.N.Y.
10-cv-123
Sharpe, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand fifteen.

Present:
Amalya L. Kearse,
Barrington D. Parker,
Richard C. Wesley,
    *Circuit Judges*.

Jeffrey Charles Burfeindt,

    *Plaintiff-Appellant*,

v.                                                                 15-235

Nina Postupack, *et al.*,

    *Defendants-Appellees*.

Appellant, pro se, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk