# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand fifteen.

_____

Jeffrey Charles Burfeindt,

    Plaintiff - Appellant,

v.

Nina Postupack, Hudson Valley Federal Credit Union, Gerald C. Roth, Esq., Mark A. Krohn, Esq., State of New York, AKA Supreme Court of the State of New York,

    Defendants - Appellees.

**ORDER**
Docket No: 15-235

_____

Appellant Jeffrey Charles Burfeindt filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request as a motion for reconsideration, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the motion and petition are denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk